UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------X
LAWRENCE KALADISH,            :

    Plaintiff,              :

      - against -          :      No. 3:00CV854(GLG)
                                **ORDER**
CROMPTON CORPORATION, ET AL., :

    Defendants.             :

------------------------------X

    The Court hereby VACATES NUNC PRO TUNC its Order dated January 23, 2003, to the extent that it denied as moot the following pending motions: Doc. # 41 (the Motion for Summary Judgment of Defendants Uniroyal, Inc., and Uniroyal Holding, Inc.), Doc. # 48 (Defendants' Motion to Strike Plaintiff's Denials and Limitations), and Doc. # 50 (Defendants' Motion to Strike the Declaration and Expert Report of Michael Bartos).

                        SO ORDERED.

Dated: April 1, 2004.
      Waterbury, CT

                                        /s/
                             GERARD L. GOETTEL,
                             United States District Judge