FILED

2004 JUL 26  A 11: 16

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH, | : |
| Plaintiff | : CIVIL ACTION NO. |
| | : 3:00CV854 (CFD) |
| VS. | : |
| CROMPTON CORPORATION, | : |
| CROMPTON & KNOWLES | : |
| CORPORATION, UNIROYAL CHEMICAL | : |
| CORPORATION, UNIROYAL | : |
| CHEMICAL COMPANY, INC., | : |
| UNIROYAL, INC. AND UNIROYAL | : |
| HOLDING, INC. | : JULY 22, 2004 |
| Defendants | : |

## JOINT STATUS REPORT

**A.   Nature of the Case:**

1.   The Plaintiff brought this claim against the Defendants requesting monetary damages and equitable relief as a result of environmental contamination pursuant to CERCLA, RCRA and related state law claims.

2.   The following Motions are pending: (1) The Defendants, Uniroyal, Inc.'s and Uniroyal Holding, Inc.'s, Motion for Summary Judgment, dated October 29, 2002; (2) The Defendants' Motion to Strike Plaintiff's Denials and Limitations, dated December 23, 2002; and (3) Defendants' Motion to Strike

the Declaration and Expert Report of Michael Bartos, dated December 23, 2002.

    3.    This matter will be tried to the Court.

**B.** **Discovery:**

    1.    Discovery is complete.

**C.** **Settlement:**

    1.    A settlement conference was conducted on November 5, 2001. The conference was conducted by the Honorable William I. Garfinkel, United States Magistrate Judge.

    2.    There are no outstanding reports due.

    3.    The parties do / do not believe a settlement conference would be beneficial at this time.

**D.** **Trial Preparation:**

    1.    The case can be ready within a reasonable time after the Court's decision on the pending Motions.

    2.    No other preparation is contemplated by the parties.

    3.    Unless the Court's decision on the pending Motions requires additional pleadings, there are no additional pleadings contemplated at this time.

    4.    A Joint Trial Memorandum has not been filed and there is no