UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH,     :  <br>        Plaintiff,             : <br>                                      : <br> v.                                  :         Civil Action No. 3:00 CV 854 (CFD) <br>                                      : <br> CROMPTON CORPORATION, et al., : <br>        Respondents.         : | |

## ORDER CORRECTING DOCKET ENTRIES

The docket for the above-captioned case should be corrected as follows:

Defendant Uniroyal, Inc. was wrongly terminated from the docket on June 27, 2000. That party, who is named in the operative Plaintiff's Second Amended Complaint [Doc. # 27], should be RESTORED to the docket.

Defendant Uniroyal Holding, Inc. was wrongly dismissed from the action on January 22, 2003. Document Number 55, Stipulation of Dismissal of Parties, applies only to defendants Crompton Corp., Crompton & Knowles, Uniroyal Chemical, and Uniroyal Chemical Co. Defendant Uniroyal Holding, Inc. should be RESTORED to the docket.

Document Number 38, Defendants' Motion for Summary Judgment, was wrongly reopened on April 1, 2004. That motion properly was denied as moot pursuant to Judge Goettel's Order of January 24, 2003 and was not affected by Judge Goettel's Order Reopening Case of April 1, 2004. See Docs. # 56, 59.

To reiterate, Defendants' Motion for Summary Judgment [Doc. #38] is DENIED AS MOOT. The remaining defendants in the action are Uniroyal, Inc. and Uniroyal Holding, Inc.

Those parties' motion for summary judgment will be addressed in a separate ruling by the Court.

So ordered this __22nd__ day of July 2005, at Hartford, Connecticut.

/s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**