UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LAWRENCE KALADISH

        v.                   CASE NO. 3:00CV854(CFD)

UNIROYAL HOLDING, INC., and
UNIROYAL, INC.

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment l motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law and having filed a Ruling granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 9th day of August, 2005.

KEVIN F. ROWE, Clerk

By _____
   Devorah Johnson
   Deputy Clerk

EOD_____