UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE KALADISH, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 854 (CFD) |
| VS. | : | |
| | : | |
| CROMPTON CORPORATION, | : | |
| CROMPTON & KNOWLES | : | |
| CORPORATION, UNIROYAL CHEMICAL | : | |
| CORPORATION, UNIROYAL | : | |
| CHEMICAL COMPANY, INC., | : | |
| UNIROYAL, INC. AND UNIROYAL | : | |
| HOLDING, INC. | : | |
| Defendants | : | AUGUST 18, 2005 |

## MOTION TO EXTEND TIME TO FILE APPEAL

Pursuant to Title 28 U.S.C. §2107(c), the Plaintiff, Lawrence Kaladish, respectfully requests this Court to extend the time in which to file an appeal of the Court's Ruling on Defendants' Motion for Summary Judgment, for which Judgment in favor of the Defendants was entered on August 10, 2005. The Plaintiff represents that good cause exists for this request as described below.

1. The Judgment was entered on August 10, 2005.

2. Notice of the Ruling on Defendants' Motion for Summary Judgment and the Judgment was emailed to me at my office via the CMECF system on August 11, 2005.

3. A copy of the Ruling on Defendants' Motion for Summary Judgment and the

Judgment was sent to me via regular mail on August 11, 2005, which was received by my office on August 12, 2005.

4. I was out of the office on vacation the entire week of August 8, 2005 and did not return to the office until Monday, August 15, 2005.

5. I am the only attorney in the office familiar with this file. Although my secretary told me on Friday, August 12, 2005 that we had received copies of the Ruling on Defendants' Motion for Summary Judgment and the Judgment in the mail, I was unable to begin review of the documents to assess my client's rights of appeal until I returned to the office on August 15, 2005.

6. Since I returned to the office on August 15, 2005, I have sent copies of the Ruling on Defendants' Motion for Summary Judgment and the Judgment to my client via email, facsimile and federal express. I have also called my client and left a message on his answering machine.

7. As of the signing of this Motion, I have not heard back from my client. I am unable to determine whether or not he is on vacation, and, therefore, unable to determine if he knows that judgment has been entered.

8. I have contacted the attorney for the defendants and she has no objection to this requested extension.

9. This is the Plaintiff's first request to extend the time in which to appeal.

WHEREFORE, the Plaintiff respectfully requests that the time in which to file an appeal be extended for twenty (20) days up to and including September 29, 2005.

        THE PLAINTIFF,
        Lawrence Kaladish


By:_____
        Louis J. Bonsangue (CT14586)
        Jacobi, Kappel & Case, P.C.
        300 Bic Drive
        Milford, Connecticut 06460
        Telephone #: (203) 874-7110
        His Attorney

## **CERTIFICATION OF SERVICE**

     This is to certify that on the 18th day of August, 2005, a copy of the foregoing was mailed, postage prepaid, to the following:

    Attorney Susan H. Shumway
    Shumway & Spencer, LLC
    155 Post Road East
    Suite 12
    Westport, Connecticut  06880

                                                Louis J. Bonsangue

F:\WPDOCS\JEANPUB\LOU\kaladish\court\Motion to Extend Time to Appeal.doc