FILED
2005 AUG 19 A 10: 18
DISTRICT COURT
HARTFORD, CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LAWRENCE KALADISH,  :
:
       Plaintiff,  :  CIVIL ACTION NO.
:  3:00 CV 854 (CFD)
VS.  :
:
CROMPTON CORPORATION,  :
CROMPTON & KNOWLES  :
CORPORATION, UNIROYAL CHEMICAL  :
CORPORATION, UNIROYAL  :
CHEMICAL COMPANY, INC.,  :
UNIROYAL, INC. AND UNIROYAL  :
HOLDING, INC.  :
       Defendants  :  AUGUST 18, 2005

## MOTION TO EXTEND TIME TO FILE APPEAL

Pursuant to Title 28 U.S.C. §2107(c), the Plaintiff, Lawrence Kaladish, respectfully requests this Court to extend the time in which to file an appeal of the Court's Ruling on Defendants' Motion for Summary Judgment, for which Judgment in favor of the Defendants was entered on August 10, 2005. The Plaintiff represents that good cause exists for this request as described below.

    1. The Judgment was entered on August 10, 2005.

    2. Notice of the Ruling on Defendants' Motion for Summary Judgment and the Judgment was emailed to me at my office via the CMECF system on August 11, 2005.

    3. A copy of the Ruling on Defendants' Motion for Summary Judgment and the

*[Handwritten margin note: "Granted. Good cause is found. So ordered." with date 8/23/05]*